JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS JAMES CALDWELL,<br><br>        Petitioner,<br><br>vs.<br><br>E. VALENZUELA, Warden,<br><br>        Respondent. | Case No. CV 12-9939-DSF (RNB)<br><br>**JUDGMENT** |

    In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 3-6-13

/s/ Dale S. Fischer
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE